UNITED STATES BANKRUPTCY COURT
Western District of Illinois

IN RE:  　　　　　　　　　　　　　　　　CHAPTER 13
THOMAS R. BREEN
SHARON K. BREEN　　　　　　　　　　　　CASE NO. 13-80238

## NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:**　　**Green Tree Servicing LLC**　　　　　**Court claim #: 1**

**Last four digits** of any number used to identify the debtor's account: 5418

| *Final Cure Amount* | |
|---|---|
| Amount of Prepetition Arrears | $34,358.62 |
| Amount Paid by Trustee | $34,358.62 |

| *Monthly ongoing Mortgage Payment* |
|---|
| Mortgage is paid: ☐ Thru the Chapter 13 Plan　　☒ Direct by Debtor(s) |

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:  2/8/2016　　　　　　　　　　/s/Lydia S. Meyer
　　　　　　　　　　　　　　　　　　Lydia S. Meyer, Trustee
　　　　　　　　　　　　　　　　　　308 W. State St., Suite 212
　　　　　　　　　　　　　　　　　　Rockford, IL  61101

Certificate of Service
　　I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 8th Day of February, 2016.

Dated:  2/8/2016　　　　　　　　　　/s/Cynthia K. Burnard

GREEN TREE SERVICING LLC
BANKRUPTCY DEPARTMENT
PO BOX 0049
PALATINE, IL 60055-0049

BANK OF AMERICA
9700 BISSONNET ST., STE., 1500
HOUSTON, TX  77036

GREEN TREE SERVICING LLC
BANKRUPTCY DEPARTMENT
PO BOX 6154
RAPID CITY, SD 57709-6154

THOMAS R. BREEN
SHARON K. BREEN
415 LAMPLIGHTER LOOP
POPLAR GROVE, IL  61065

LAW OFFICE OF CROSBY & ASSOC., PC
475 EXECUTIVE PARKWAY
ROCKFORD, IL  61107